UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LETICIA TEJEDA ZARAGOZA, <br>         Plaintiff, <br> v. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br>         Defendant. | No.  CV-10-5109-JPH <br><br> ORDER GRANTING STIPULATED MOTION FOR REMAND <br><br> (ECF No. 22) |

    BEFORE THE COURT is the parties' stipulated motion to remand this case to the Commissioner for further administrative proceedings (**ECF No. 22**). Thomas A. Bothwell represents plaintiff. Special Assistant United States Attorney L. Jamala Edwards represents defendant. The parties have consented to proceed before a magistrate judge (ECF No. 6).

    After considering the stipulated motion (ECF No. 22), **IT IS ORDERED** that the **motion is GRANTED. The case is REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including:

    1. The ALJ will further consider all opinions by treating and examining sources and state the weight accorded to them.

    2. The ALJ will re-evaluate plaintiff's residual functional capacity.

    3. The ALJ will perform a new step four analysis with the

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

1  assistance of a vocational expert to ascertain if plaintiff could
2  perform her past relevant work as she actually performed it, and
3  if not, perform a step five analysis.
4      Because this remand is pursuant to sentence four with a
5  remand to the Commissioner for further proceedings (*see Melkonyan*
6  *v. Sullivan*, 501 U.S. 89 (1991)), plaintiff is entitled to
7  reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412
8  (a), (d), upon proper request to this Court.
9  IT IS FURTHER ORDERED:
10     1. The parties' stipulated motion for an order of remand
11 pursuant to sentence four (ECF No. 22) is **GRANTED.**
12     2. Judgment shall be entered for **PLAINTIFF.**
13     3. An application for attorney fees and costs may be filed by
14 separate motion.
15     4. The District Court Executive is directed to enter this
16 Order, enter judgment, forward copies to counsel, and **CLOSE** the
17 file.
18     **IT IS SO ORDERED.**
19     **DATED** this 8th day of June, 2011.
20
21                                   *s/James P. Hutton*
                                    JAMES P. HUTTON
22                           UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28
ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2