# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

LETICIA TEJEDA ZARAGOZA,           )
                                   )
            Plaintiff,             )
                                   )        NO.   CV-10-5109-JPH
      vs.                          )
                                   )        **JUDGMENT IN A**
MICHAEL J. ASTRUE,                 )        **CIVIL CASE**
Commissioner of Social Security,   )
                                   )
            Defendant.             )
                                   )
_____)

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 8th day of June, 2011.

                                        JAMES R. LARSEN
                                        District Court Executive/Clerk


                                        by: __s/ Karen White_____
                                                Deputy Clerk

cc: all counsel